SHULTS & TAMM, ALC
A LAW CORPORATION
LISSA D. SHULTS (JD 7910)
 E-MAIL: LSHULTS@SHULTS-TAMM.COM
BRADLEY R. TAMM (JD 7841)
 E-MAIL: BTAMM@SHULTS-TAMM.COM
828 FORT STREET, STE 330
HONOLULU, HAWAI'I 96813
TELEPHONE (808) 524-4949
FACSIMILE (808) 524-4844

Attorneys for Creditor
JACK EDWIN ROOSE

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Lin Poling,<br><br> Debtor-Appellant,<br><br>v.<br><br>David C. Farmer, et. al.,<br><br> Trustee-Appellee | Civ. No. 10-00011 DAE-BMK<br><br>Bankruptcy Appeal from:<br>Case No. 08-01445 (Ch. 7) |

### STIPULATED ORDER FOR DISMISSAL

#### Stipulation

**IT IS HEREBY STIPULATED**, by and between Appellant/Debtor Lin Poling, and Appellees Chapter 7 Trustee David Farmer, Jack Edwin Roose, and Joseph A. Pelletier, which constitute all the parties to this appeal as identified by the Notice of Appeal filed by Appellant Lin Poling on December 28, 2010, that:

1. Pursuant to Federal Rule of Bankruptcy Procedure 8001(c)(2), this appeal shall be dismissed.

2. Each party agrees to bear its own attorneys' fees and costs.

DATED: January 30, 2010

_____
Appellant-Debtor LIN POLING

DATED: ~~January~~ February 2, 2010

_____
JAMES A WAGNER,
ALLISON A. ITO,
Attorneys for Appellant-Debtor
LIN POLING

DATED: ~~January~~ February 3, 2010

_____
TIMOTHY J. HOGAN,
Attorney for Appellee-Trustee
DAVID C. FARMER

DATED: January ___, 2010

_____  for
KARIN L. HOLMA,
MICHAEL C. CARROLL,
JOSHUA WEISSMAN,
Attorneys for Appellee
JOSEPH A. PELLETIER

2

DATED: ~~January~~ February 3, 2010

_____
LISSA D. SHULTS,
BRADLEY R. TAMM,
Attorneys for Appellee
JACK EDWIN ROOSE

**Order**

IT IS SO ORDERED.

DATED: ~~January xxx 2010~~
February 3, 2010

_____
UNITED STATES DISTRICT JUDGE

---

*Poling v. Farmer, et. al.*, Civ. No. 10-00011 DAE-BMK

**STIPULATED ORDER FOR DISMISSAL**

---

3

U.S. Bankruptcy Court - Hawaii   #08-01445   Dkt # 243   Filed 02/04/10   Page 3 of 3