**Shults & Tamm, ALC**
A Law Corporation
**Lissa D. Shults (JD 7910)**
    E-Mail: lshults@shults-tamm.com
**Bradley R. Tamm (JD 7841)**
    E-Mail: btamm@shults-tamm.com
**Seth K. Weaver (JD 8496)**
   E-Mail: sweaver@shults-tamm.com
**828 Fort Street, Ste 330**
**Honolulu, Hawai'i 96813**
Telephone (808) 524-4949
Facsimile (808) 524-4844

Attorneys for Creditor
JACK EDWIN ROOSE

## UNITED STATES BANKRUPT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re; | Case No. 08-01445 (Ch. 7) |
| Lin Poling, | Date: June 16, 2010 |
| | Time: 9:30 a.m. |
| Debtor | Judge: Hon. Robert Faris |

### CREDITOR JACK ROOSE'S POSITION STATEMENT RELATIVE TO TRUSTEE'S MOTION FOR ORDER APPROVING SETTLEMENT

COMES NOW Creditor JACK ROOSE, by and through his attorneys, and submits this Statement relative to the Trustee's Motion for Order Approving Settlement [Bk. Dkt. #261].

Trustee seeks approval of a settlement of the adversary *Farmer v. Poling*, Adv. No. 09-AD-90061 (Bankr. D. Haw.). That adversary involves the recovery

of the value of Debtor's concealed assets which are of substantial value; hundreds of thousands of dollars of value. The assets are arguably held by a family limited partnership in which the Debtor is the acknowledged General Partner, and other family members and one Julie Teste, are limited partners. All general and limited partners have been named and sued as defendants in that case. However, given the claims filed in this Bankruptcy case, it may not be necessary to recover those funds.

Not necessary, provided that Defendant Julie Teste, who is the holder of a untimely[1] general unsecured claim in the amount of $502,618.40, is prepared to receive something less than payment in full on her claim.

As set forth in the Trustee's Motion, the estate currently holds $654,163.20 and approximately $170,000 in timely general unsecured claims have been filed. Trustee's Memo, at 5. Bk. Dkt. #261-1. Those general unsecured claims include the claim of Creditor Jack Roose, timely filed and allowed by court order, in the amount of $100,000.00.[2]

---

[1] Teste's proof of claim (#11) was filed August 19, 2009, the claims bar date passed on February 23, 2009.

[2] See: Order Granting Trustee's Motion for Order Approving Settlement. Bk. Dkt. #216.

Based on the Trustee's numbers, and assuming that the outstanding administrative costs of the estate are not substantial,[3] approximately $480,000 will remain for distribution to Julie Teste <u>after</u> the Trustee pays all the timely filed allowed general unsecured claims in full.  11 U.S.C. § 726.  The estate is solvent as to timely filed claims, and partially insolvent as to untimely claims (i.e., Teste).

However, should Julie Teste later attempt to assert that her untimely claim should be deemed timely filed – a contention that Creditor Roose would strenuously oppose – the estate would no longer be solvent as to the entire class of general unsecured claims.

As to the Settlement Agreement at issue, the release provisions are silent as to whether Teste will challenge the timeliness of her claim.  See: Ex. A to Decl. of Farmer, Bk. Dkt. 261-2 at pdf p 6.  While is has been nearly a year since Teste late filed her claim, it is noted that she has not taken any action to have her claim deemed anything other than untimely.  Further, Creditor Roose's counsel has discussed the matter with Julie Teste's counsel and has been told that Ms. Teste is not seeking to have her claim deemed timely filed.

---

[3]  Administrative expenses of $165,376.87 have already been paid out to the Trustee and his counsel.  Trustee: $57,573.87 (Bk. Dkt. #166), $22,523.01 (Bk. Dkt. #248); Trustee's counsel: $51,641.58 (Bk. Dkt. #127), and $13,802.89 (Bk. Dkt. #186), $19,835.52 (Bk. Dkt. #237)

In reliance upon the fact that Teste has not challenged the timeliness of her claim, and based in part on the representations of Teste's counsel, Creditor Roose understands that his claim is to be paid in full. He therefore elects not to oppose the Trustee's proposed settlement.

DATED: June 1, 2010

*Shults & Tamm, ALC*

Signed Electronically – CM/ECF use only.

_____
LISSA D. SHULTS,
BRADLEY R. TAMM,
SETH K. WEAVER,
Attorneys for Creditor
JACK EDWIN ROOSE