TIMOTHY J. HOGAN 5312-0
ATTORNEY AT LAW
1050 Bishop Street, No.433
Honolulu, Hawaii 96813
Tel. No. (808) 382-3698
Fax No. (808) 356-1682
E-mail: tjh@timhogan.com

Attorney for Trustee
DAVID C. FARMER

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| In re | ) | CASE NO. 08-01445 RJF |
|---|---|---|
| LIN POLING, | ) | (Chapter 7) (Converted) |
| | ) | |
| Debtor | ) | JUDGE: Hon. Robert J. Faris |

**TRUSTEE'S REPORT OF SALE OF PERSONAL PROPERTY; EXHIBITS "A" AND "B"**

David C. Farmer, Trustee of the above-entitled Estate (the "Trustee"), by and through his undersigned counsel, hereby respectfully submits the Trustee's Report of Sale of Personal Property; Exhibits "A" and "B."

The Trustee completed the sale of the Estate's interest in the 17' Sea Ray boat including motor and trailer (the "Property"). The Property was sold to Jack Roose for $1,000 pursuant to the Amended Order Re: Trustee's Notice of Proposed Abandonment of Property and Creditors Request to Purchase of Property from Estate filed on April 28, 2009 (Docket No. 130) (the "Amended Order"). A copy of the Amended Order is attached as Exhibit "A." The Trustee received the

payment from Mr. Roose a copy of which is attached as Exhibit "B."

Dated: Honolulu, Hawaii, December 13, 2010.

                                                  /S/Timothy J. Hogan
                                                  TIMOTHY J. HOGAN
                                                  Trustee's Attorney

# Exhibit A

U.S. Bankruptcy Court - Hawaii   #08-01445   Dkt # 279   Filed  12/13/10   Page 3 of 16

**SHULTS & TAMM, LLP**
A LIMITED LIABILITY LAW PARTNERSHIP

LISSA D. SHULTS (JD 7910)
   E-MAIL: lshults@shults-tamm.com
BRADLEY R. TAMm (JD 7841)
   E-MAIL: btamm@shults-tamm.com
828 FORT STREET, STE 330
HONOLULU, HAWAI'I 96813
TELEPHONE (808) 524-4949
FACSIMILE (808) 524-4844

Attorneys for Creditor JACK ROOSE,

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>LIN POLING,<br><br>      Debtor. | Case No. 08-01445<br>(Chapter 7, converted)<br><br>Date: April 6, 2009<br>Time: 9:30 a.m.<br>JUDGE: Hon. Robert J. Faris |

**AMENDED[1] ORDER, RE: TRUSTEE'S NOTICE OF PROPOSED ABANDONMENT OF PROPERTY [BK. DKT. #87] AND CREDITORS REQUEST TO PURCHASE PROPERTY FROM ESTATE [BK. DKT. #96]**

The Chapter 7 Trustee's Notice of Proposed Abandonment of Property [Bk. Dkt. #87], and Creditor's Request to Purchase Property from the Estate [Bk. Dkt. #96], filed herein, came on for hearing before the undersigned Bankruptcy Judge, on April 6, 2009, at 9:30 a.m. The Chapter 7 Trustee seeks to abandon the estate's interest in property identified as a "Sea Ray 176 Bow Rider boat and trailer [sic] (HA 680026)" and Creditor, co-

---

[1] This "Amended" order corrects the prior order [Bk. Dkt. #120] by changing the registration number of the subject boat from HA 680026 to HA 6802G (see: Certificate of Number for Undocumented Vessel, p. 10 below). No substantive changes are made.

owner, Jack Roose opposes the abandonment by proposing to purchase the estate's interest in that property for $1,000.

The Chapter 7 Trustee, present in the court room, appeared through counsel, Timothy J. Hogan.  Creditor Jack Roose appeared through counsel, Bradley R. Tamm.  Due notice of the Trustee's proposed abandonment [Bk. Dkt. ##87-88], and Creditors intent to purchase [Bk. Dkt. ##100-101], was given to Debtor, the U.S. Trustee and all creditors and other parties in interest.  No other appearances were made or otherwise noted.

Pursuant to the Court's instructions at the hearing, Creditor's counsel subsequently filed a lien check as to the Debtor showing no liens of record as against the property at issue. Bk. Dkt. #119.

The Court, having considered the Notice of Proposed Abandonment of Property, and Creditor's Request to Purchase Property from the Estate, and the evidence submitted, finding notice of the offer to purchase being adequate, and no opposition having been filed or heard, and for those reasons stated in open court, incorporated herein pursuant to Rule 7052 Federal Rules Bankruptcy Procedure, it appearing to the Court that good cause exists;

2

**IT IS HEREBY ORDERED** that Creditor's offer to purchase is Granted. The Trustee is authorized to convey the estate's interest in the Sea Ray 176 Bow Rider boat and trailer (HA 6802G), and more fully described by Exhibits "1" through "8" attached hereto, free and clear of any liens, to Creditor Jack Roose.

DATED: _____, 2009, Honolulu, Hawai'i,

APR 28 2009

_____
U.S. BANKRUPTCY JUDGE

**APPROVED AS TO FORM:**


/s/ Timothy J. Hogan
_____
TIMOTHY J. HOGAN,
Attorney for Trustee
DAVID C. FARMER

---
*In re Poling,* Ch. 7 Case No. 08-01445

**AMENDED ORDER, RE: TRUSTEE'S NOTICE OF PROPOSED ABANDONMENT OF PROPERTY AND CREDITORS REQUEST TO PURCHASE PROPERTY FROM ESTATE [RE: BK. DKT. #87]**

---

3



**MANUFACTURER'S STATEMENT OF ORIGIN TO A BOAT OR MOTOR**

Exhibit "A"
Bradley R. Tamm, AAL/ALC

The undersigned CORPORATION hereby certifies that the new boat or motor described below, the property of said CORPORATION, has been transferred this 11TH day of SEPTEMBER, 2001 on Invoice No. 1783502

to Windward Boats, Inc.
(DISTRIBUTOR - DEALER - ETC.)

789 Kailua Road
ADDRESS - CITY - STATE - ZIP

Kailua, HI 96734

YEAR 2002   MODEL 176BR

Hull Length 17 Ft. 6 In.   Beam 7 Ft. 0 In.

Motor No. OM097115   HP * 135 PHP   Fuel 3.0L ALPHA ( 135 PHP

Motor No.   HP   Fuel

I/O Drive Unit No.

I/O Drive Unit No.

Mfg. Serial No.   HIN# SERR1696H102   -176BR   1326

* Crankshaft HP/Propshaft HP

Country of Origin - United States   Boat - Sea Ray   Hull Material - Fiberglass

The CORPORATION further certifies that this was the first transfer of such new boat or motor in ordinary trade and commerce.

SEA RAY DIVISION OF BRUNSWICK CORP.

By: *Donna Trexler*   Sales Secy.
Sign Name   Title or Position

5502 Island River Drive
Knoxville, TN 37914
Office Address of Signatory (City and State)

(865)   637-3607

Approved by Registrar of Motor Vehicles

FORM # 9703

**EXHIBIT 1**

## FIRST ASSIGNMENT

FOR VALUE RECEIVED, the undersigned hereby transfers this Statement of Origin and the boat or motor described therein to ISLAND BOATS
Address 670 AUAHI ST., I-10A, HONOLULU, HI 96813
and certifies that the boat or motor is new and has not been registered in this or any other state; he also warrants the title of said boat or motor at time of delivery, subject to the liens and encumbrances, if any, as set out below:

| Amt. of Lien | Date | To Whom Due | Address |
|---|---|---|---|

Dated 4/5/2002 at WINDWARD BOATS, INC
769 KAILUA RD., KAILUA, HI
By: [signature] _____
(Transferor Firm Name)   Sign Here   Position

Dealer License (Permit) no. ..........

Before me personally appeared .................... who by me being duly sworn upon oath says that the statements set forth above are true and correct.
Subscribed and sworn to before me this ........ day of ........

Notary Seal          Notary Public for ........ County, State of ........
COMM. EXPIRES

## SECOND ASSIGNMENT

FOR VALUE RECEIVED, the undersigned hereby transfers this Statement of Origin and the boat or motor described therein to Brian Jones
Address 1222-C Hase Dr., Honolulu, HI 96819
and certifies that the boat or motor is new and has not been registered in this or any other state; he also warrants the title of said boat or motor at time of delivery, subject to the liens and encumbrances, if any, as set out below:

| Amt. of Lien | Date | To Whom Due | Address |
|---|---|---|---|
| 12,000.00 | 3/29/02 | Pacific Cascade Fed C.U. | 1155 Chambers Eugene, OR 97402 |

Dated 4-5-02 at Island Boats, 670 Auahi St., I-10A, Honolulu, HI 96813
By: Christine Cherry   Business Mgr.
(Transferor Firm Name)   Sign Here   Position

Dealer License (Permit) no. ..........

Before me personally appeared .................... who by me being duly sworn upon oath says that the statements set forth above are true and correct.
Subscribed and sworn to before me this ........ day of ........

Notary Seal          Notary Public for ........ County, State of ........
COMM. EXPIRES

## THIRD ASSIGNMENT

FOR VALUE RECEIVED, the undersigned hereby transfers this Statement of Origin and the boat or motor described therein to JACK ROOTE
Address 588 KUMUKAHI PLACE, [illegible] HI 9[illegible]
and certifies that the boat or motor is new and has not been registered in this or any other state; he also warrants the title of said boat or motor at time of delivery, subject to the liens and encumbrances, if any, as set out below:

| Amt. of Lien | Date | To Whom Due | Address |
|---|---|---|---|

Dated 23 Feb 05 at ..........
By: [signature Brian Jones]   Owner
(Transferor Firm Name)   Sign Here   Position

Dealer License (Permit) no. ..........

Before me personally appeared .................... who by me being duly sworn upon oath says that the statements set forth above are true and correct.
Subscribed and sworn to before me this ........ day of ........

Notary Seal          Notary Public for ........ County, State of ........
COMM. EXPIRES

EXHIBIT "2"

# STATE OF HAWAII
# DEPARTMENT OF LAND AND NATURAL RESOURCES
# DIVISION OF BOATING AND OCEAN RECREATION
333 Queen Street, Suite 300, Honolulu, Hawaii 96813

**CONFIDENTIAL** — HOME ADDRESS, HOME TELEPHONE NUMBER, CELLULAR PHONE NUMBERS, PAGER NUMBERS, EMPLOYER, DATE OF BIRTH, CITIZENSHIP, LIEN HOLDER'S NAME AND ADDRESS

## APPLICATION FOR VESSEL REGISTRATION AND CERTIFICATE OF NUMBER
### For Undocumented Vessel Principally Used in Hawaii

(1) TYPE OF REGISTRATION (Circle One): 1. NEW   **2. TRANSFER OF OWNERSHIP** (circled)

(2) NUMBER NOW ON OR AWARDED TO THIS VESSEL (If none so state):

(3) PRINCIPAL OWNERS LAST NAME: ROOSE  FIRST: JACK  MIDDLE: E
(3a) TELEPHONE NO. HOME: 395-5000  BUS.: 789-1198
(4) MAILING ADDRESS: 588 KUMUKANI PLACE
(4a) EMPLOYED BY: WATSON WYATT
(5) CITY: HONOLULU  STATE: HI  ZIP: 91825
(6) DATE OF BIRTH: 8/11/47

(13) LIEN HOLDER - MORTGAGEE: NONE
(14) DATE OF LIEN:
(15) STREET ADDRESS OR BOX NUMBER:
(15a) DATE LIEN SATISFIED:
(16) CITY / STATE / ZIP:
(16a) DATE RECORDED:

(17) CITIZENSHIP OF PRINCIPAL OWNER/S: **U.S.A.** (circled) / FOREIGN NATIONAL
(18) RADIO COMMUNICATIONS: **1. NONE** (circled)

(19) 2. VESSEL FIRST OPERATED IN HAWAII (Date): 2002

(20) PLACE KEPT: 1. MOORED AT: OAHU - HOME
2. STORED ON LAND AT: OAHU

(21) TYPE OF VESSEL: **3. RUNABOUT** (circled)
(22) NUMBER OF HULLS: 1
(23) COLORS: 1. HULL: WHITE  3. TRIM: BROWN
(24) NAME OF VESSEL: SEA RAY
(25) YEAR BUILT: 2001
(25a) YEAR MODEL: 2002

(26) VESSEL LENGTH: 17 FEET 6 INCHES
(27) HULL MATERIAL: **3. FIBERGLASS/PLASTIC** (circled)
(28) ENGINE: 1. MANUFACTURER: MERC  2. SERIAL NO.: OM099115
(29) HULL MANUFACTURER'S NAME: SEA RAY
(30) COUNTRY WHERE HULL BUILT: USA

(31) HULL IDENTIFICATION NUMBER:
(32) TYPE OF FUEL: **1. GASOLINE** (circled)
(33) PROPULSION: **3. INBOARD/OUTBOARD** (circled)

(34) PRINCIPAL USE: **1. PLEASURE** (circled)

(35) SELL YOUR CATCH OCCASIONALLY? NO ✓
(37) DO YOU USE A TRAILER TO LAUNCH YOUR BOAT FROM A STATE BOAT RAMP? YES ✓

(38) AUTHENTICATION:
Owner Signature: [signed]  Date: 7/23/2005

EXHIBIT 2

U.S. Bankruptcy Court - Hawaii  #08-01445  Dkt#: 130  Filed: 04/28/09  Page 6 of 11

U.S. Bankruptcy Court - Hawaii  #08-01445  Dkt # 279  Filed 12/13/10  Page 9 of 16

The "Certificate of Sale" is to be completed by the seller unless he gives the buyer a "Bill of Sale".
The "Affidavit of Applicant" is to be completed by the purchaser if the seller did not complete the "Certificate of Sale" or the applicant has no other evidence of ownership. Do not complete the "Affidavit of Applicant" if a document showing that the vessel was registered by the applicant in another state is attached.
The Department, if not satisfied with the evidence submitted as proof of ownership, may require additional information or documents. An application to register a vessel which has been registered in another state is to be accompanied by the registration documents issued by that state if available.

---

Vessel HA 6802 G

## CERTIFICATE OF SALE
### To Be Completed By Seller(s)

I/WE (Seller's Name) Jack E. Roose

(Circle one)  1. DEALER   2. BUILDER/MANUFACTURER   **(3) OTHER**

ADDRESS 580 Kumukahi Pl.

TRANSFERRED (Circle one)   1. ALL   **(2)** PART INTEREST IN THE VESSEL DESCRIBED ON THE REVERSE SIDE OF THIS FORM

ON (Month, Day, Year transferred) 2/25/05

AT (City or County/State) Hun, HI

TO THE FOLLOWING PERSON(S) Name(s) Jack E. Roose + LIN POLING

AND IS FREE OF ALL ENCUMBRANCES EXCEPT ANY SHOWN ON THE REVERSE SIDE OF THIS FORM.

I/WE HEREBY CERTIFY UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT.

Signature(s) of Seller(s)                                   Date(s) Signed

OWNER  X Jack R                                             2/25/05

CO-OWNER _____   _____

CO-OWNER _____   _____

---

## AFFIDAVIT OF APPLICANT

I/WE DECLARE THAT (Circle one)   1. ALL   2. PART INTEREST IN THE VESSEL DESCRIBED ON THE REVERSE SIDE OF THIS FORM

WAS ACQUIRED BY ME FROM (Name and Address of previous owner) _____

IN THE FOLLOWING MANNER (Circle one)
1. PURCHASE   2. TRADE/SWAP   3. GIFT   4. OTHER (Specify) _____

AT (City or County/State where acquired) _____

ON (Month, Day, Year acquired) _____

I/WE HEREBY CERTIFY UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT.

Signature(s)                                                Date(s) Signed

OWNER _____   _____

CO-OWNER _____   _____

CO-OWNER _____   _____

---

## AFFIDAVIT OF VESSEL REGISTRAR

The applicant presented satisfactory evidence of ownership of the vessel described in this application in the form of _____

which was examined by me and returned to the applicant.

Signature                                                   Date

---

## DECLARATION OF JOINT OWNERSHIP

WE, THE UNDERSIGNED, DO HEREBY DECLARE THAT THE OWNERSHIP OF VESSEL HA 6802G IS HELD IN OUR JOINT NAMES AS JOINT TENANTS, WITH THE RIGHTS OF SURVIVORSHIP AND NOT AS TENANTS IN COMMON.

SIGNATURE  X Jack R                                         DATE 2/25/05

SIGNATURE _____   DATE _____

**EXHIBIT 4**

# STATE OF HAWAII
## DEPARTMENT OF LAND AND NATURAL RESOURCES
## DIVISION OF BOATING AND OCEAN RECREATION
333 Queen Street, Suite 300, Honolulu, Hawaii 96813

**CONFIDENTIAL** — HOME ADDRESS, HOME TELEPHONE NUMBER, CELLULAR PHONE NUMBERS, PAGER NUMBERS, EMPLOYER, DATE OF BIRTH, CITIZENSHIP, LIEN HOLDER'S NAME AND ADDRESS

HA 6802 G

## APPLICATION FOR VESSEL REGISTRATION AND CERTIFICATE OF NUMBER
### For Undocumented Vessel Principally Used in Hawaii

(1) TYPE OF REGISTRATION (Circle One): 1. NEW  **(2. TRANSFER OF OWNERSHIP)**

(2) NUMBER NOW ON OR AWARDED TO THIS VESSEL: HA 6802 G

(3) PRINCIPAL OWNERS LAST NAME: Roose  FIRST: Jack  MIDDLE: E
(3a) TELEPHONE NO. HOME: 395-5000  BUS: 384-7199

(4) MAILING ADDRESS: 588 Kumukani Place
(4a) EMPLOYED BY: Watson Wyatt

(5) CITY: Honolulu  STATE: HI  ZIP: 96825
(6) DATE OF BIRTH: 8/11/41

(13) LIEN HOLDER - MORTGAGEE: [blank]
(14) DATE OF LIEN: [blank]
(15) STREET ADDRESS OR BOX NUMBER: [blank]
(15a) DATE LIEN SATISFIED: [blank]
(16) CITY/STATE/ZIP: [blank]
(16a) DATE RECORDED: [blank]

(7) STREET ADDRESS: [blank]
(8) CITY/STATE/ZIP: [blank]

(17) CITIZENSHIP OF PRINCIPAL OWNER/S: **U.S.A.** / FOREIGN NATIONAL
(18) RADIO COMMUNICATIONS: **1. NONE**  2. SENDING  3. RECEIVING  4. BOTH  5. RADIO CALL LETTERS

(9) CO-OWNER'S LAST NAME: Poling  FIRST: Lin  MIDDLE: [blank]
(9a) TELEPHONE NO. HOME: 395-5000  BUS: 927-0713

(10) MAILING ADDRESS: 588 Kumukani Place
(10a) EMPLOYED BY: [blank]

(11) CITY: Honolulu  STATE: HI  ZIP: 96825
(12) DATE OF BIRTH: 12/9/6[?]

(19) ATTACH THE REGISTRATION DOCUMENTS ISSUED BY THE STATE OR COUNTRY OF ORIGIN AND COMPLETE THE FOLLOWING:
1. VESSEL ENTERED HAWAII (Date): [blank]
2. VESSEL FIRST OPERATED IN HAWAII (Date): [blank]
3. U.S. PORT OF IMPORTATION: [blank]
4. DATE OF DUTY PAYMENT: [blank]
5. ENTRY NUMBER: [blank]

(20) PLACE KEPT (When not in use vessel is usually):
1. MOORED AT (Island and Harbor): Oahu
2. STORED ON LAND AT (Island): [blank]

(21) TYPE OF VESSEL: 1. CABIN MOTORBOAT  2. OPEN MOTORBOAT  **3. RUNABOUT**  4. AUXILIARY POWERED SAILING VESSEL  5. SAILING VESSEL  6. MOTOR VESSEL (MORE THAN 65' IN LENGTH)  7. THRILL CRAFT  8. OTHER  9. HOUSEBOAT

(22) NUMBER OF HULLS: 1
(23) COLORS: 1. HULL: White  2. CABIN TOP &/OR DECK: Brown  3. TRIM: [blank]
(24) NAME OF VESSEL: [blank]
(25) YEAR BUILT: 0[?]
(25a) YEAR MODEL: 02

(26) VESSEL LENGTH: 17 FEET 6 INCHES
(27) HULL MATERIAL: 1. WOOD  2. STEEL  **3. FIBERGLASS/PLASTIC**  4. ALUMINUM  5. RUBBER/FABRIC  6. OTHER
(28) ENGINE: 1. MANUFACTURER: Mercruiser  2. SERIAL NO.: OM087110
(29) HULL MANUFACTURER'S NAME: Sea Ray
(30) COUNTRY WHERE HULL BUILT: USA

(31) HULL IDENTIFICATION NUMBER: SERR1696H102
(32) TYPE OF FUEL: **1. GASOLINE**  2. DIESEL  3. OTHER
(33) PROPULSION: 1. OUTBOARD  2. INBOARD  **3. INBOARD/OUTBOARD**  4. SAIL ONLY  5. SAIL & INBOARD  6. SAIL & OUTBOARD  7. MANUAL  8. WATER JET  9. OTHER

(34) PRINCIPAL USE: **1. PLEASURE**  2. COMMERCIAL FISHING  3. CHARTER FISHING  4. COMMERCIAL PASSENGER  5. OTHER COMMERCIAL  6. LIVERY  7. DEALER  8. MANUFACTURER  9. FEE EXEMPT YOUTH GROUP  10. FEE EXEMPT - GOV'T  11. OTHER

(35) IF PLEASURE: DO YOU SELL YOUR CATCH OCCASIONALLY? YES ___ NO ___
(36) IF COMMERCIAL: NET TONS (OVER 30 FEET)? ___  PASSENGERS ON AVERAGE? ___
(37) DO YOU USE A TRAILER TO LAUNCH YOUR BOAT FROM A STATE BOAT RAMP? ✓ YES ___ NO

(38) AUTHENTICATION: I/We hereby certify under penalty of law that the information given by me/us on this application is true, correct and complete to the best of my/our knowledge and belief.

Signature(s): [signed]
Date(s) Signed: 2/25/05

Please Attach Check or Money Order Made to: DLNR BOATING — PLEASE DO NOT MAIL CASH

### FOR DEPARTMENTAL USE ONLY
Subscribed before me this 25 day of Feb, 2005  (Signature) [signed]
DATE PROCESSING COMPLETED: FEB 25 2005  By: [signed]



# VESSEL REGISTRATION 2005

## COMMUNITY ASSOCIATION

In accordance with the Declaration of Protective Provisions and the Rules and Regulations governing the use of the Hawaii Kai Marina, I am applying for registration of the following vessel and certify that I have read and understand the terms and conditions on the reverse side of this contract and agree to observe and be bound by said terms and conditions, and guarantee that all users of my vessel, for which I agree to be responsible, will likewise observe and be so bound.

| | |
|---|---|
| 1.) Hawaii Kai Registration Nº: | 11.) Legal Owner: Poliing, LIN |
| 2.) State HA Registration Nº: 6802G | 12.) Street Address: 588 Kumukahi Pl. |
| 3.) USCG Documentation Nº | 13.) City, State ZIP: Hon, 96825 |
| 4.) Name of Vessel: | 14.) Resident Phone: 395-5000 |
| 5.) Boat MFG/Model: SEARAY | 15.) Business Phone: |
| 6.) Boat Type: I/O | 16.) Total Engine HP: 350 |
| 7.) Boat Hull ID: SERV1646H102 | 17.) Primary Color: White |
| 8.) Length: 17'6" | 18.) Color of Trim: Brown |
| 9.) Draft: 2' | 9.) HA/CG Expiration: 4/05 |
| 10.) Nº of Engines: 1 G | 20.) Other: |

E-Mail Address:

I Hereby certify that I am the legal owner of the above described vessel and that I:

☑ Own and reside at the above address which is a marina waterfront property.
☐ Rent at the above address which is a marina waterfront property *(submit proof of residence - current rental agreement with owner)*.
☐ Own, but do not reside at the above address which is a marina waterfront property and my mailing address is:
_____
☐ Hawaii Kai resident, non waterfront property.
☐ Rent a boat slip at Koko Marina Shopping Center ➙ Slip Nº _____
☐ Commercial vessel registration.

♦ **EITHER THE RENTER OR THE OWNER CAN REGISTER A BOAT FOR A DECAL, BUT NOT BOTH CONCURRENTLY!** ♦

I understand any falsification will automatically invalidate this registration and subject me to potential legal recourse by the Hawaii Kai Marina Community Association, including any court costs and reasonable attorney's fees.

Signature of Legal Owner: _____ Date: 2/25/05

HAWAII KAI REGISTRATION NUMBER 1047 Sei is assigned to the vessel described above for calendar year 2005. This registration number shall be attached on both the port and starboard sides of the boat near the stem. Please immediately notify the Hawaii Kai Marina office if the decal is lost, stolen or destroyed.

Registration Fee: $ 10.00 Cash         By: Beverly A. Liddle CA  2/25/05
Receipt of the sum is hereby acknowledged      Beverly A. Liddle, Marina Manager   Date

808-396-AHOY (2469) • Fax 808-396-2470 • 377 Keahole Street, Suite D1-C • Honolulu, Hawaii 96825

**EXHIBIT "6"**

**IMPORTANT!**
ALWAYS CARRY THIS CERTIFICATE ON VESSEL WHEN IN USE



*SAFE BOATING IS NO ACCIDENT!*

SEE REVERSE SIDE FOR IMPORTANT INSTRUCTIONS

**REMOVE CARD AT PERFORATION AND APPLY PROTECTIVE COATING**

# EXHIBIT 7



**COMMUNITY ASSOCIATION**

**VESSEL REGISTRATION
2008**

Email Address: *ALOHAHARLEY @ HOTMAIL.COM*

In accordance with the Declaration of protective Provisions and the Rules and Regulations governing the use of the Hawaii Kai Marina, I am applying for registration of the following vessel and certify that I have read and understand the terms and conditions on the reverse side of this contract and agree to observe and be bound by said terms and conditions, and guarantee that all users of my vessel, for which I agree to be responsible, will likewise observe and be so bound.

| # | Field | Value | # | Field | Value |
|---|---|---|---|---|---|
| 1 | Hawaii Kai Reg. No.: | 1884 | 13 | Street Address: | 664 Kalanipuu St. |
| 2 | State HA Reg. No.: | 6802G | 14 | City, State, ZIP: | Honolulu, HI 96825 |
| 3 | USGC Doc. No.: |  | 15 | Res. Phone: | (808)284-1698 |
| 4 | Name of Vessel: |  | 16 | Bus Phone: |  |
| 5 | Boat MFG/Model: | Searay | 17 | Total Engine HP: | 130 |
| 6 | Boat Type: | I/O | 18 | Primary Color: | White |
| 7 | Trailer: | 115T O130 | 19 | Color of Trim: |  |
| 8 | Length: | 17'6" | 20 | Registration Date: | 1/27/2007 |
| 9 | Draft: | 2' | 21 | Other: | OWN |
| 10 | Number of Engines: |  | 22 | Registration Fee: |  |
| 11 | Legal Owner: | ~~Lin Poling~~ / Jack Roose | 23 | Insurance expiration | 2/23/2008 09 |
| 12 | Email Address: | alohaharley@hotmail.com | 24 | HA/USCG Exp. | 4/30/2007 /08 |

I hereby certify that I am the legal owner of the above described vessel and that I:

- ● Own and reside at the above address which is a Marina waterfront property.
- ○ Rent at the above address which is a Marina waterfront property (submit proof of residence – current rental agreement with owner).
- ○ Own Marina waterfront property at: _____
- ○ Hawaii Kai resident, non waterfront property.
- ○ Rent a boat slip at Koko Marina shopping Center... Slip # _____

Either the renter or the owner of a Marina property can register a boat, but not both concurrently!

*I understand any falsification will automatically invalidate this registration and subject me to potential legal recourse by the Hawaii Kai Marina Community Association, including any court costs and reasonable attorney's fees.*

Signature of Legal Owner: *Jay Roose*   Date: 1/11/08

HAWAII KAI REGISTRATION NUMBER **0090** is assigned to the vessel described above for calendar year 2008.

Registration Fees: $ 20.00  + 2.05
Receipt of the sum is hereby acknowledged

By: *Beverly A. Liddle*  1/24/08
Beverly A. Liddle, Marina Manager   Date

**EXHIBIT 8**

808-396-2469 • Fax 808-396-2470 • 377 Keahole Street, Suite D1-C • Honolulu, Hawaii 96825

# Exhibit B



April 18, 2009

David C. Farmer, Esq.
Chapter 7 Bankruptcy Trustee
PO Box 2372
Honolulu, HI 96804

**Re:** In re Poling, Ch 7 BK 08-01445

Dear David:

Please find enclosed my client's check in the amount of $1,000 as payment in full of the purchase price for the estate's interest in the Sea Ray Boat and Trailer which was the subject of the court's order approving sale. See: Order, re: Trustee's Notice of Proposed Abandonment of Property and Creditors Request to Purchase Property from Estate; Bk. Dkt. #120-0.

Should you have any questions, please contact me directly at (808) 524-4949.

Sincerely,

*[signature]*

BRADLEY R. TAMM

e-mail: btamm@shults-tamm.com

enclosures (1)

cc: client
 Timothy J. Hogan, Esq.

V:\Files\p\Poling, Lin (H.Chu)\CORRESPONDENCE\090418 D.Farmer, boat payment trans.doc

---

JACK E ROOSE  Redacted
Redacted 6825

4/6/09 date

Pay to the Order of: TRUSTEE DAVID FARMER 08-01445  $ 1,000 00/100

One thousand and no/100 — dollars

**First Hawaiian Bank**
HAWAII KAI BRANCH
7110 KALANIANAOLE HIGHWAY
HONOLULU, HAWAII 96825

for Redacted

*[signature] Jack Roose*

© HARLAND

---

Shults & Tamm, LLP | 828 Fort Street Mall, Suite 330 | Honolulu, Hawai'i 96813
Phone 808.524.4949 | Toll Free 866.999.2145 | Fax 808.524.4874 | www.shults-tamm.com